| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Daniel J. Hahn (First Name Middle Name Last Name) | | Social Security number or ITIN: xxx–xx–5285<br>EIN: 84–4875756 |
| Debtor 2 (Spouse, if filing): First Name Middle Name Last Name | | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: Northern District of Illinois | | |
| Case number: 24–06051 | | |

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Daniel J. Hahn
fdba Hahn Equities, Inc., fdba Marine Distributors, Inc., ...

August 5, 2024

**For the court:** Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Illinois

In re: Case No. 24-06051-DLT
Daniel J. Hahn Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: admin Page 1 of 4
Date Rcvd: Aug 05, 2024 Form ID: 318 Total Noticed: 76

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel J. Hahn, 200 N. Dearborn Street, Apt. 4701, Chicago, IL 60601-1628 |
| 30809516 | + | 14-62 Realty Corporation, C/O KRONISH LIEB WEINER & HELLMAN L, 1114 AVENUE OF AMERICAS, New York, NY 10036-7703 |
| 30809517 | + | 1400 ALPINE CREEK DRIVE LLC, 4509 CREEDMOOR RD STE 302, RALEIGH, NC 27612-3855 |
| 30809518 | + | 1st Source Bank, 100 N Michigan St Ste B, South Bend, IN 46601-1600 |
| 30809521 | + | AH-River East LLC, 411 E. Illinois Street, Ste 80, Chicago, IL 60611-4317 |
| 30809523 | + | Blitz Capital, 7475 Buckboard Drive, Park City, UT 84098-5311 |
| 30809524 | + | Blitz Capital Group, 4376 Forestdale Dr, Unit 14, Floor 1, Park City, UT 84098-7001 |
| 30809525 | + | Bodman PLC, Noel J. Ravenscroft, J. Adam Behrendt, 201 West Big Beaver Road, Suite 500, Troy, MI 48084-4160 |
| 30809526 | + | Bozzuto Management Company, c/o CT Corporation, 208 S. LaSalle Street, Suite 814, Chicago, IL 60604-1101 |
| 30809527 | + | Bozzuto Manangement Company, 6406 Ivy Lane, Greenbelt, MD 20770-1435 |
| 30809528 | + | Burke & Domercq, 2755 Jefferson Street, Ste 100, Carlsbad, CA 92008-1737 |
| 30809529 | + | C&S ELECTRIC OF LOUISBURG LLC, 136 Harris Lane, Louisburg, NC 27549-7956 |
| 30809530 | + | Capstone Capital Group, LLC, 810 7th Avenue, FL 27, New York, NY 10019-5818 |
| 30809531 | + | Capstone Credit LLC, 810 7th Avenue, 27th Floor, New York, NY 10019-5818 |
| 30809532 | + | Capstone Principal LLC, 32300 Northwestern Highway, Farmington, MI 48334-1567 |
| 30809533 | | Cary G. Schiff & Associates, 134 North LaSalle Street Suite 1740, Chicago, IL 60602-1005 |
| 30809537 | + | Charter Source Holdings, Inc., an Oregon, Corporation, 5305 River Road North, Ste B, Keizer, OR 97303-5324 |
| 30809538 | + | Christopher C. Fallon III, Fox Rothschild LLP, 1301 Atlantic Ave, Ste 400, Atlantic City, NJ 08401-7227 |
| 30809539 | | Christopher J. Agrella, 330 East Main Street, Barrington, IL 60010-3203 |
| 30809543 | + | Comfort Service Inc., 1300 Pitty Pats Path, Zebulon, NC 27597-7643 |
| 30809544 | + | David Leyton, 2210 Palomar Airport Road, Carlsbad, CA 92011-4416 |
| 30809545 | + | Fox Rothschild LLP, 1301 Atlantic Ave, Suite 400, Atlantic City, NJ 08401-7227 |
| 30809546 | + | Franklin Capital Funding LLC, c/o PLATINUM FILINGS LLC, 555 E. LOOCKERMAN STREET, SUITE 320, Dover, DE 19901-3779 |
| 30809547 | + | Franklin Capital Funding LLC, 32300 Northwestern Highway, Ste 215, Farmington, MI 48334-1506 |
| 30809549 | + | Franklin Capital Management LLC, 1315 W. Indiantown Road, 2nd Fl, Jupiter, FL 33458-3907 |
| 30809548 | + | Franklin Capital Management LLC, c/o AVROHOM BAUM, 32300 NORTHWESTERN HWY, STE 215, Farmington, MI 48334-1506 |
| 30906467 | #+ | Frumm & Frumm, 10 S. LaSalle, Ste 1420, Chicago, IL 60603-1078 |
| 30809550 | + | Group Fox Inc., c/o MATTHEW O'KANE, 411 E ILLINOIS ST #80, Chicago, IL 60611-4317 |
| 30809551 | + | Inderdeep K. Bajwa, 2300 N. Lincoln Park West, Apt. 604, Chicago, IL 60614-3478 |
| 30809552 | + | Ira Trocki, PO Box 865, Northfield, NJ 08225-0865 |
| 30809556 | | JULIA K. LYNCH, 211 E ONTARIO ST STE 1800, CHICAGO, IL 60611-3242 |
| 30809553 | | Jamie L. Burns, Levenfeld Pearlstein, LLC, 120 S. Riverside Plaza, Ste 1800, Chicago, IL 60606-3911 |
| 30809554 | | Jamie Lynn Burns, Levenfeld Pearlstein, LLC, 120 S. Riverside Plaza, Ste 1800, Chicago, IL 60606-3911 |
| 30809555 | + | Jeffrey A. Johnson, May Oberfell Lorber, 4100 Edison Lakes Parkway, Ste 100, Mishawaka, IN 46545-3467 |
| 30809559 | + | Kurtz Law, PLLC, 1030 N. Rogers Ln., Ste. 121, #5070, Raleigh, NC 27610-6083 |
| 30809560 | + | Marcus Dominguez, Esq., Beermann LLP, 161 N. Clark Street, Suite 3000, Chicago, IL 60601-3346 |
| 30809561 | + | Marine Distributors, Inc., an Arizona co, 300 CARLSBAD VILLAGE DR STE 108A-369, Carlsbad, CA 92008-2900 |
| 30809562 | + | Mark Krassner, Borah, Goldstein, Altschuler, et al, 377 Broadway, New York, N. 10013-3907 |
| 30809564 | + | Melissa Kalivas, 11032 N 110th Place, Scottsdale, AZ 85259-3995 |
| 30809565 | + | Nicholas W. Richardson, 110 N. Broadway, Ste 220, Palatine, IL 60067-5063 |

| | | |
|---|---|---|
| 30809566 | + | Northwestern Medicine, 541 N FAIRBANKS , Suite 2600, Chicago, IL 60611-3714 |
| 30809569 | | Pride Oil Americana LLC, 3001 W LOOP 250 N STE C105, Midland, TX 79705-3210 |
| 30809572 | + | Rady's Childrens Hospital-San Diego, 3020 Children's Way, Attn: Patient Accounts, San Diego, CA 92123-4282 |
| 30809573 | + | Samara P. Trocki-Videll, Trocki-Videll Law Firm LLC, 539 Tilton Road, Northfield, NJ 08225-1217 |
| 30809574 | + | Sarah Starling Marshall, Crowell & Moring LLP, Two Manhattan West, 375 Ninth Avenue, New York, NY 10001-1696 |
| 30809575 | + | Sean M. Towner, May Oberfell Lorber, 4100 Edison Lakes Parkway, Ste 100, Mishawaka, IN 46545-3467 |
| 30809576 | | Steven H. Vogel, 11616 Charisma Way, Palm Beach Gardens, FL 33418 |
| 30809578 | + | TF Egg Harbor Associates LLC, 801 Philadelphia Avenue, Egg Harbor City, NJ 08215-1609 |
| 30809579 | + | TF Egg Harbor Associates LLC, PO Box 865, Northfield, NJ 08225-0865 |
| 30809581 | + | TF Yachts LLC, PO Box 865, Northfield, NJ 08225-0865 |
| 30809580 | + | TF Yachts LLC, 801 Philadelphia Avenue, Egg Harbor City, NJ 08215-1609 |
| 30809582 | | The Auto Club Group, POB 3180, Milwaukee, WI 53201-3180 |
| 30809583 | + | The Auto Club Group, c/o CT Corporation, 208 S. LaSalle St, Suite 814, Chicago, IL 60604-1101 |
| 30809584 | + | The Sigmon Law Firm, P.A., PO Box 17249, Raleigh, NC 27619-7249 |
| 30809588 | + | Wing Lake Capital Partners LLC, 32300 Northwestern Hwy, Ste 215, Farmington, MI 48334-1506 |
| 30809589 | + | Wing Lake Capital Partners LLC, c/o Jeffrey Cohen, 24751 SUSSEX, Oak Park, MI 48237-1576 |

TOTAL: 56

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FDRHERZOG.COM | Aug 06 2024 03:11:00 | David R Herzog, David Herzog, Chapter 7 Trustee, Law Offices of David R Herzog, 53 W Jackson Blvd, Ste 1442, Chicago, IL 60604-3536 |
| 30809519 | + | EDI: AARGON.COM | Aug 06 2024 03:11:00 | Aargon Agency Inc, Attn: Bankruptcy, 8668 Spring Mountain Road, Las Vegas, NV 89117-4119 |
| 30809520 | + | EDI: AARGON.COM | Aug 06 2024 03:11:00 | Aargon Agency Inc, 8668 Spring Mountain Rd, Las Vegas, NV 89117-4119 |
| 30809522 | ^ | MEBN | Aug 05 2024 23:19:51 | BLITT & GAINES P C, 775 Corporate Woods Parkway, Vernon Hills, IL 60061-3112 |
| 30809534 | + | Email/Text: bankruptcy@cavps.com | Aug 06 2024 01:15:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 30809535 | + | Email/Text: bankruptcy@cavps.com | Aug 06 2024 01:15:00 | Cavalry Portfolio Services, 1 American Lane, Greenwich, CT 06831-2563 |
| 30809536 | + | Email/Text: charris@airlegal.net | Aug 06 2024 01:14:00 | Charles B. Harris, Attorney for David Leyton, 7777 Alvarado Road, Ste 720, La Mesa, CA 91942-8256 |
| 30809540 | + | EDI: CITICORP | Aug 06 2024 03:11:00 | Citicorp Centralized Bankruptcy Dep, Po Box 790040, Saint Louis, MO 63179-0040 |
| 30809541 | + | Email/Text: comedbankruptcygroup@exeloncorp.com | Aug 06 2024 01:15:00 | ComEd, Customer Correspondence, Attn: Bankruptcy Dept, PO Box 805379, Chicago, IL 60680-4179 |
| 30809542 | + | Email/Text: comedbankruptcygroup@exeloncorp.com | Aug 06 2024 01:15:00 | ComEd, 1919 Swift Drive, Attn: Bankruptcy Dept., Oak Brook, IL 60523-1502 |
| 30932628 | | EDI: JPMORGANCHASE | Aug 06 2024 03:11:00 | JP Morgan Chase, PO Box 182051, Columbus, OH 43218-2051 |
| 30809558 | | Email/Text: BKRsecure@klsfs.com | Aug 06 2024 01:14:00 | Kls Financial Services, 991 Aviation Pkwy, Morrisville, NC 27560 |
| 30809557 | | Email/Text: BKRsecure@klsfs.com | Aug 06 2024 01:14:00 | Kls Financial Services, Attn: Bankruptcy, 991 Aviation Parkway, Ste 500, Morrisville, NC 27560 |
| 30809567 | ^ | MEBN | Aug 05 2024 23:21:02 | Porsche Financial Srvc, Attn: Bankruptcy, One Porsche Dr, Atlanta, GA 30354-1654 |
| 30809568 | ^ | MEBN | Aug 05 2024 23:21:03 | Porsche Financial Srvc, One Porsche Drive, |

| | | | | |
|---|---|---|---|---|
| | | | | Atlanta, GA 30354-1654 |
| 30809571 | + | EDI: PMSCOLLECTS.COM | Aug 06 2024 03:11:00 | Progressive Management Systems, 1521 W. Cameron Ave, West Covina, CA 91790-2738 |
| 30809570 | + | EDI: PMSCOLLECTS.COM | Aug 06 2024 03:11:00 | Progressive Management Systems, Attn: Bankruptcy Department, 1521 W Cameron Ave., First Floor, West Covina, CA 91790-2738 |
| 30809577 | | EDI: AISTMBL.COM | Aug 06 2024 03:11:00 | T-Mobile Customer Relations, PO Box 37380, Albuquerque, NM 87176-7380 |
| 30809586 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 06 2024 01:15:00 | Transworld System Inc, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 30809587 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 06 2024 01:15:00 | Transworld System Inc, Po Box 15095, Wilmington, DE 19850-5095 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 30932630 | *+ | TF Egg Harbor Associates LLC, PO Box 865, Northfield, NJ 08225-0865 |
| 30932629 | *+ | Transworld System Inc, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 30809563 | ##+ | Melissa Kalivas, 17413 SE 17th Way, Vancouver, WA 98683-9584 |
| 30809585 | ##+ | The Welfont Companies, 601 N. Ashley Drive, Suite 600, Tampa, FL 33602-4304 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David R Herzog | drh@dherzoglaw.com dherzoglaw@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net |
| Dennis E. Quaid | on behalf of Trustee David R Herzog dquaid3@gmail.com |
| Gregory K Stern | on behalf of Trustee David R Herzog greg@gregstern.com monica@gregstern.com |
| Jeffrey C Dan | on behalf of Creditor Franklin Capital Funding LLC jeffd@goldmclaw.com kerame@goldmclaw.com |
| Lorraine M Greenberg | on behalf of Debtor 1 Daniel J. Hahn lgreenberg@greenberglaw.net r41893@notify.bestcase.com |
| Monica C O'Brien | |

| | |
|---|---|
| | on behalf of Trustee David R Herzog monica@gregstern.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Rachel S Sandler | on behalf of Trustee David R Herzog rachel@gregstern.com |

TOTAL: 8